IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| JOE ANN DUFFY, | : | 29 U.S.C. § 501(c) |
| | : | Embezzlement and Theft of Labor |
| Defendant. | : | Union Assets |

## INFORMATION

The United States Attorney charges:

## COUNT ONE

At times material to this Information:

1. From on or about July 1, 2006 through on or about September 7, 2006, in the District of Columbia and elsewhere the defendant JOE ANN DUFFY, while a person employed, directly and indirectly, by International Brotherhood of Teamsters, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, property, and other assets of said labor organization in the approximate amount of $13,738.

**(Embezzlement and Theft of Labor Union Assets, in violation of Title 29, United States Code, Section 501(c))**

RONALD C. MACHEN JR.
United States Attorney

By: _____
VASU B. MUTHYALA
Assistant United States Attorney
D.C. Bar No. 496935
555 4th Street, N.W., Room 5239
Washington, D.C. 20530
(202) 514-7541
Vasu.Muthyala@usdoj.gov